J. W. HAMPEL et al., Trustees in Bankruptcy, etc., et al., Appellants, v. C. MINKWITZ, as Treasurer of Ft. Bend County, Texas, et al., Appellees.

(Circuit Court of Appeals, Fifth Circuit. March 25, 1927.)

No. 4768.

Appeal from the District Court of the United States for the Southern District of Texas; Joseph C. Hutcheson, Jr., Judge.

See, also, 18 F.(2d) 3.

Lewis R. Bryan and E. B. Colgin, both of Houston, Tex., for appellants.

Fred R. Switzer, of Houston, Tex., and W. N. Foster, of Conroe, Tex., for appellees.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. The appeal in this case is dismissed.